

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2015

No. 04-14-00772-CR

Jonathan Jose **GUILLEN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2647
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

      We **grant** the court reporter's motion for extension of time to file the record. We **order** Debra Doolittle to file the record by **April 27, 2015**. No further extensions of time will be granted. If Doolittle is unable to perform all her duties and complete the record in a timely manner, she must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered.

      If the record is not filed by the date ordered, we may order the reporter to appear and show cause why she should not be held in contempt.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court